IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:10CR405 |
| ) | |
| Plaintiff, ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| FILIPE GARDEA-HERNANDEZ, ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g) counsel for the government shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Government's Exhibits 1 - 7 - hearing held 7/22/11

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 2nd day of November, 2011.

s/ Joseph F. Bataillon
Chief United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07